IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

DESSIE MARIA ANDREWS

v.

ALMA S, ADAMS, ROBERT B. ADERHOLT, PETE
AGUILAR, RICK W. ALLEN, COLIN ALLRED, MARK
E. AMODEL,   KELLY ARMSTRONG, JODEY C.
ARRINGTON,   JAKE AUCHINCLOSS, CYNTHIA
AXNE, BRIAN BABIN, DON BACON, JAMES BAIRD,
TROY BALDERSON, TAMMY BALDWIN, JIM BANKS,
NANETTE   BARRAGAN,   JOHN   BARRASSO,
GARLAND "ÄNDY" BARR, KAREN BASS, JOYCE B.
BEATTY, MICHAEL BENNET, CLIFF BENTZ, AMI
BERA, JACK BERGMAN, DONALD S. BEYER JR.,
STEPHANIE BICE, ANDY BIGGS, GUS M. BILIRAKIS,
DAN BISHOP, SANDFORD D. BISHOP, JR,, MARSHA
BLACKBURN,   EARL BLUMENAUER,   RICHARD
BLUMENTHAL, LISA BLUNT ROCHESTER, ROY
BLUNT, LAUREN BOEBERT, UZANNE M. BONAMICI,
CORY A. BOOKER, JOHN BOOZMAN, MIKE BOST,
CAROLYN   BOURDEAUX,   JAMAAL   BOWMAN,
BRENDAN BOYLE, KEVIN BRADY,  MO BROOKS,
ANTHONY   G.   BROWN,   JULIA   BROWNLEY,
SHONTEL BROWN, VERN BUCHANAN, KEN BUCK,
LARRY BUCSHON, TED BUDD, TIM BURCHETT,
MICHAEL C BURGESS, CORI BUSH, CHERI L.
BUSTOS, GEORGE "G.K." BUTTERFIELD, KEN
CALVERT, KATHERINE ''KAT'' CAMMACK, SALUD
CARBAJAL, TONY CARDENAS, MIKE CAREY,
JERRY CARL, ANDRE CARSON, EARL L. "BUDDY"
CARTER, JOHN R. CARTER, TROY CARTER,
MATTHEW ''MATT'' CARTWRIGHT, ED CASE, SEAN
CASTEN, KATHY A. CASTOR, JOAQUIN CASTRO,
MADISON CAWTHORN, STEVE CHABOT, LIZ L.
CHENEY, SHEILA CHERFILUS-McCORMICK, JUDY
CHU, DAVID N. CICILINE,  YVETTE D. CLARKE,
KATHERINE CLARK, EMANUEL CLEAVER, BEN
CLINE, MICHAEL CLOUD, JAMES "JIM" CLYBURN,
ANDREW CLYDE,  STEVE COHEN, TOM COLE,
JAMES COMER, GERALD E. CONNOLLY, CONNIE
CONWAY, JIM COOPER, J. LUIS CORRES, JIM
COSTA,  JOE COURTNEY, ANGIE CRAIG, ERIC

§
§
§
§
§

1:23CV00095LY

Civil Action No._____



1

"RICK"CRAWFORD, DAN CRENSHAW, JASON
CROW, HENRY CUELLAR, JOHN CURTIS, WARREN
DAVIDSON, SHARICE DAVIDS, DANNY DAVIS,
RODNEY DAVIS, MADELEINE DEAN, PETER
DeFAZIO, DIANA L. DeGETTE, ROSA L. DeLAURO,
SUSAN DelBENE, VAL DEMINGS, MARK
DeSAULNIER, SCOTT DesJARLAIS, MARIO DIAZ-
BALART, DEBBIE DINGELL, LLOYD DOGGETT,
BYRON DONALDS, MICHEL F. DOYLE, JEFF
DUNCAN, NEAL P. DUNN,JAKE ELLZEY, TOM
EMMER, VERIBUCA ESCOBAR, ANNA G. ESHOO,
ADRIANO ESPAILLAT, RON ESTES, DWIGHT
EVANS, PATRICK "PAT"FALLON, RANDY
FEENSTRA, A. DREW FERGUSON, BRAD FINSTAD,
MICHELLE L. FISCHBACH, SCOTT FITZGERALD,
BRIAN FITZPATRICK, BRIAN FITZPATRICK,
CHARLES "CHUCK" FLEISCHMANN, LIZIE
FLETCHER, MIKE FLOOD, MAYRA FLORES, BILL
FOSTER, VIRGINIA A. FOXX, LOIS J. FRANKEL, C.
SCOTT, FRANKLIN, RUSS FULCHER, MATT GAETZ,
MIKE GALLAGHER, RUBEN GALLEGO, JOHN
GARAMENDI, ANDREW GARBARINO, JESUS
"CHUY" GARCIA, MIKE GARCIA, SYLVIA GARCIA,
BOB GIBBS, CARLOS A. GIMENEZ, LOUIE
GOHMERT, JARED GOLDEN, JIMMY GOMEZ,
ERNEST "TONY" GONZALES, ANTHONY
GONZALEZ, VICENTE GONZALEZ, LANCE GOODEN,
ROBERT "BOB" GOOD, PAUL A. GOSAR, JOSH
GOTTHEIMER, KAY N. GRANGER, GARRET
GRAVES, SAM GRAVES, AL GREEN, MARJORIE
TAYLOR GREENE, MARK E. GREEN, MORGAN
GRIFFITH, RAUL GRIJALVA, GLENN GROTHMAN,
MICHAEL GUEST, S. BRETT GUTHRIE, JOSH
HARDER, ANDY HARRIS, DIANA HARSHBARGER,
VICKY JO HARTZLER, JAHANA HAYES, KEVIN
HERN, YVETTE S, HERRELL, JAIME L. HERRERA
BEUTLER, JODY HICE, BRIAN HIGGINS, CLAY
HIGGINS, FRENCH HILL, JAMES "JIM" HIMES,
ASHLEY HINSON, TREY HOLLINGSWORTH, STEVEN
HORSFORD, CHRISSY HOULAHAN, STENY HOYER,
RICHARD HUDSON, JARED HUFFMAN, BILL
HUIZENGA, DARRELL ISSA, SHEILA JACKSON LEE,
RONNY, JACKSON, CHRIS JACOBS, SARA JACOBS,
PRAMILA JAYAPAL, HAKEEM JEFFRIES, BILL
JOHNSON, DUSTY JOHNSON, EDDIE JOHNSON,
EDDIE BERNICE JOHNSON, HENRY C. ''HANK'

JOHNSON JR., MIKE JOHNSON, MONDAIRE JONES,
JIM JORDAN, DAVID JOYCE, JOHN JOYCE,
KALALILI KAHELE, MARCY C. KAPTUR, JOHN
KATKO, WILLIAM R. KEATING, FRED KELLER,
MIKE KELLY. ROBIN L. KELLY, RENT KELLY, RO
KHANNA, DANIEL KILDEE, DEREK KILMER, ANDY
KIM, YOUNG KIM, RON KIND, ADAM KINZINGER,
ANN L. KIRKPATRICK, RAJA KRISHNAMOORTHI,
ANN McLANE KUSTER, DARIN LaHOOD, DOUG
LaMALFA, CONOR LAMB, DOUG LAMBORN, JAMES
"JIM"LANGEVIN, RICK LARSEN, JOHN B LARSON,
ROBERT LATTA, JACOB ''JAKE''LaTURNER,
BRENDA LAWRENCE, AL LAWSON, BARBARA J.
LEE, SUSIE LEE, TERESA LEGER FERNANDEZ,
DEBBIE LESKO, JULIA LETLOW, ANDY LEVIN, TED
LIEU, ZOE LOFGREN, BILLY LONG, BARRY
LOUDERMILK, ALAN LOWENTHAL, FRANK LUCAS,
BLAINE LUETKEMEYER, ELAINE LURIA,STEPHEN
LYNCH, NANCY MACE, TOM MALINOWSKI,
NICOLE MALLIOTAKIS, CAROLYN MALONEY,
SEAN MALONEY, KATHY MANNING, TRACEY
MANN, THOMAS MASSIE, BRIAN MAST, DORIS O.
MATSUI, LUCY McBATH, KEVIN McCARTHY,
MICHAEL McCAUL, LISA McCLAIN, TOM
McCLINTOCK, BETTY McCOLLUM, DONALD
McEACHIN, JAMES "JIM" McGOVERN, PATRICK
McHENRY, DAVID McKINLEY, CATHY McMORRIS
RODGERS, JERRY McNERNEY, GREGORY MEEKS,
PETER MEIJER, GRACE MENG, DANIEL MEUSER,
KWEISI MFUME, CAROL D. MILLER, MARY E.
MILLER, MARIANNETTE MILLER-MEEKS, JOHN
MOOLENAAR, ALEXANDER MOONEY, BARRY
MOORE, BLAKE MOORE, GWEN S. MOORE, JOSEPH
MORELLE, SETH MOULTON, FRANK MRVAN,
MARKWANE MULLIN, GREGORY, MURPHY,
STEPHANIE MURPHY, JERROLD NADLER, GRACE
NAPOLITANO, RICHARD NEAL, JOE NEGUSE, TROY
NEHIS, DAN NEWHOUSE, MARIE NEWMAN,
DONALD NORCROSS, RALPH NORMAN, ELEANOR
HOLMES NORTON, JAY OBERNOLTE, ALEXANDRIA
OCASIO-CORTEZ, TOM O'HALLERAN, ILHAN
OMAR, CLARENCE ''BURGESS''OWENS, STEVEN
PALAZZO, FRANK PALLONE, GARY PALMER,
JIMMY PANETTA, CHRIS PAPPAS, BILL PASCRELL,
DONALD PAYNE, NANCY PELOSI, MARY PELTOLA,

GREG PENCE, ED PERLMUTTER, SCOTT PERRY, SCOTT PETERS, AUGUST PFLUGER, DEAL PHILLIPS, CHELLIE M. PINGREE, STACEY PLASKETT, MARK POCAN, KATHERINE PORTER, BILL POSEY, AYANNA PRESSLEY, DAVID PRICE, MIKE QUIGLEY, JAMIE RASKIN, GUY RESCHENTHALER, KATHLEEN M. RICE, TOM RICE, HAROLD "HAL"ROGERS, MIKE ROGERS, JOHN W. ROSE, MATTHEW ROSENDALE, DEBORAH ROSS, DAVID ROUZER, LUCILLE ROYBAL-ALLARD, RAUL RUIZ, CHIP ROY, RAUL RUIZ, A. DUTCH RUPPERSBERGER, BOBBY L. RUSH, JOHN RUTHERFORD, PATRICK RYAN, TIM RYAN, GREGORIO SABLAN, MARIA ELVIRA SALAZAR, LINDA T. SANCHEZ, JOHN SARBANES, STEVE SCALISE, MARY GAY SCANLON, JAN D. SCHAKOWSKY, ADAM SCHIFF, BRADLEY "`BRAD''SCHNEIDER, KURT SCHRADER, KIM SCHRIER, DAVID SCHWEIKERT, AUSTIN SCOTT, DAVID SCOTT, ROBERT ''BOBBY" SCOTT, JOSEPH SEMOOLINSKI, PETE SESSIONS, TERRI SEWELL, BRAD SHERMAN, MIKIE SHERRILL, MICHAEL "MIKE" SIMPSON, ALBIO SSIRES, ELISSA SLOTKIN, ADAM SMITH, ADRIAN SMITH, CHRISTOPHER "CHRIS" SMITH, JASON SMITH, LLOYD SMUCKER, DARREN SOTO, ABIGAIL D. SPANBERGER,

VICTORIA SPARTZ, JACKIE SPIEIR, MELANIE A. STANSBURY, GREG STANTON, PETE STAUBER, MICHELLE STEEL, ELISE M. STEFANIK, BRYAN STEIL, W. GREGORY STEUBE, HALEY STEVENS, CHRIS STEWART, MARILYN STRICKLAND, THOMAS SUOZZI, ERIC SWALWELL, MARK TAKANO, VAN TAYLOR, CLAUDIA TENNEY, BENNIE THOMPSON, GLENN THOMPSON, MIKE THOMPSON, THOMAS TIFFANY, WILLIAM TIMMONS, DINA C. TITUS, RASHIDA TLAIB,

PAUL TONKO, NORMA J. TORRES, RITCHIE TORRES, LORI TRAHAN, DAVID TRONE, MICHAEL TURNER, LAUREN UNDERWOOD, FRED UPTON, DAVID G. VALADAO, JEFFERSON VAN DREW, BETH VAN DUYNE, CHRIS VAN HOLLEN, JUAN VARGAS, MARC VEASEY, NYDIA VELAZQUEZ, ANN L. WAGNER, TIM WALBERG, MICHAEL WALTZ, DEBBIE WASSERMAN SCHULTZ, MAXINE WATERS, BONNIE WATSON COLEMAN, RANDY WEBER, DANIEL WEBSTER, PETER WELCH, BRAD

WENSTRUP, BRUCE WESTERMAN, JENNIFER WEXTON, SUSAN ELLIS WILD, NIKEMA WILLIAMS, ROGER WILLIAMS, FREDERICA S, WILSON, JOE WILSON, ROBERT WITTMAN, RON WYDEN, RUDY YAKYM, JOHN YARMUTH, LEE ZELDIN, TAMMY BALDWIN, JOHN BARRASSO, MICHAEL BENNET, MARSHA BLACKBURN, RICHARD BLUMENTHAL, ROY BLUNT, CORY BOOKER, JOHN BOOZMAN, MIKE BRAUN, SHERROD BROWN, RICHARD BURR, MARIA CANTWELL, SHELLEY CAPITO, BENJAMIN CARDIN, THOMAS CARPER, ROBERT ''BOB''CASEY, BILL CASSIDY, SUSAN COLLINS, CHRISTOPHER COONS, JOHN CORNYN, CATHERIN CORTEZ MASTO, TOM COTTON, KEVIN CRAMER, MICHAEL "MIKE" CRAPO, TED CRUZ, STEVE DAINES, TAMMY DUCKWORTH, RICHARD DURBIN, JONI ERNST, DIANNE FEINSTEIN, DEB FISCHER, KIRSTEN GILLIBRAND, LINDSEY GRAHAM, CHARLES ''CHUCK'' GRASSLEY, BILL HAGERTY, MARGERET ''MAGGIE''HASSAN, JOSHUA ''JOSH'' HAWLEY, MARTIN HEINRICH, JOHN HICKENLOOPER, MAZIE HIRONO, JOHN HOEVEN, CINDY HYDE-SMITH, JAMES `JIM'" INHOFE, RON JOHNSON, TIMOTHY "TIM" KAINE, MARK KELLEY, JOHN NEELY KENNEDY, ANGUS KING, AMY KLOBUCHAR, JAMES LANKFORD, PATRICK LEAHY, MIKE LEE, BEN LUJAN, CYNTHIA LUMMIS, JOE MANCHIN, EDWARD `ÉD''MARKEY, ROGER MARSHALL, MITCH McCONNELL, ROBERT ''BOB'' MENENDEZ, JEFF MERKLEY, JERRY MORAN, GREGORY MURPHY, PATTY MURRAY, JON OSSOFF, ALEJANDRO `ÁLEX''PADILLA, RAND PAUL, GARY PETERS, ROBERT ''ROB'' PORTMAN, JOHN F. "JACK'' REED, JAMES RISCH, MITT ROMNEY, JACKY ROSEN, MIKE ROUNDS, MARCO RUBIO, BERNARD ''BERNIE' SANDERS, BENJAMIN "BEN" SASSE, BRIAN SCHATZ, CHARLES "CHUCK" SCHUMER, RICK SCOTT, TIM SCOTT, JEANNE SHAHEEN, RICHARD SHELBY, KYRSTEN SINEMA, TINA SMITH, DEBBIE STABENOW, DAN SULLIVAN, JON TESTER, JOHN THUNE, THOM TILLIS, PATRICK ''PAT'' TOOMEY, TOMMY TUBERVILLE, CHRIS VAN HOLLEN, MARK WARNER, RAPHAEL WARNOCK, ELIZABETH WARREN, SHELDON WHITEHOUSE, ROGER WICKER, RON WYDEN, TODD YOUNG, and 10 TO 20 JOHN DOES.

DEFENDANTS. §

## REDRESS OF GRIEVANCE IN THE FORM OF A COMPLAINT

Presently enters Plaintiff, Dessie Maria Andrews, ("Dr. Andrews") sui juris, and alleges the following against the Defendants:

## PARTIES AND JURISDICITION

1.    Plaintiff is a woman who lives in Travis County, Texas.

2.    Plaintiff utilizes legal tender of the United States to pay her debts, public and private, public charges, taxes, duties and dues, per 31 U.S.C.A. §5103, as it is the only currency to which she has access.

3.    The acts committed against Plaintiff took place while she was living in Travis County, State of Texas.

4.    Plaintiff's right to bring this action includes, but not limited to, Amendment I of the United States Constitution which states: "Congress shall make no law representing an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances."

5.    Defendants all have or recently had an office, or workplace in Washington D.C. and are being sued in their personal and official capacities.

6.    This court has jurisdiction pursuant to 28 U.S.C. §1331, Federal question.

## <u>JUSTICIABLE CAUSE OF ACTION UNDER THE CONSTITUTION</u>

7.    The judicial power of the United States shall extend to all Cases, in Law and Equity, arising under this Constitution, and the Laws of the United States.

8.     The controversy in this case rests on the fact that Congress is only to make laws which are in harmony with the Constitution, and by passing the Emergency Banking Acts and the Glass Steagall Act of 1933, and all Acts which have assumed the character of War Powers[1], each and every member of Congress has violated their Oath to the Constitution, and to the People.[2]

9.     A Constitutional Republic cannot survive without adhering to the basic principles expressed in the Constitution.  There must be a system of checks and balances between the three branches of government, and the legislative body must be held to that balance by the watchfulness of the other two branches, the executive and the judicial.

10.    The protection of legal due process must be afforded to the People at all times.

11.    Slowly but persistently that protection has been eroded, and the Congress has adulterated itself by allowing the executive branch to have supreme power.  The President, the chief executive, has been conveyed powers in Acts promulgated by the Congress, that have allowed the President to act as though he were the CEO of a massive corporation.  As a result, the President has exercised War Powers by declaring an  "emergency" and exercising War Powers, where he is able to whip executive control from one side of the ship of state to the other by issuing executive Orders.[3]

12.    The passing of these Acts has wreaked havoc on the Founding Fathers careful plan for this country and left us with a monarchical, totalitarian form of government.

**STANDING TO SUE**

---

[1] The definition of War Powers as used in this suit, is the setting aside of the Constitution and the Rule of Law during a perceived or declared state of emergency by the Government, and from thereon utilizing whatever force necessary against its Citizens to implement its policies.

[2]  And by these actions, the plaintiff has been injured in a cognizable fashion capable of redress under the Constitution.

[3]  And the plaintiff has been injured thereby in a cognizable fashion capable of redress under the Constitution.

13.    Plaintiff has been irrevocably harmed by this form of government[4] which has relegated her to the position of involuntary servitude.

14.    Dr. Andrews has committed no crime which would allow or condone that involuntary servitude.[5]

15.    The War Powers government has heaped a debt which currently amounts to $99,343 on my shoulders that I can never repay, thus cementing me to the status of indentured servitude.

16.    Congress, whose only job is to secure my Rights[6], has instead circulated a currency which is not a United States note, backed with nothing but my full faith and credit which it does not have, and created a debt of enormous proportions while showering gifts on foreign countries, private universities, individuals and corporations at a breathtaking volume it cannot do.

17.    Congress has not done its appointed tasks, each and every man and woman in Congress has violated his/her Oath of office, and in so doing, injured Dr. Andrews for life.  Congress did not have Dr. Andrews' consent to do this.

18.    To be perfectly clear, for this injury, Dr. Andrews demands to be made whole.

---

[4] Dr. Andrews was born in 1939, six years after Congress had given the money of the People to the private corporation, the Federal reserve bank, which they had created in 1913 and in 1933 granted 94% of the profits generated by the system thus put in place, to become the reserves of that corporation. In 1913, these profits were to go the U. S. Treasury to buy gold in order to stabilize the dollar, thus ensuring the distribution of legal tender backed by a commodity.
    Because Congress has, with the passing of the Emergency Banking Act and the Glass Steagall Act in 1933, destabilized the dollar and caused it to be backed by the full faith and credit of the U.S. Government which means:  THE AMERICAN PEOPLE.  I, as one of those People, have been yoked and tied to the plow to serve as the commodity backing the dollar.

[5] Thirteenth Amendment. Section 1. Neither slavery nor involuntary servitude, except as a punishment for crime, whereof the party shall have been duly convicted, shall exist within the United States, or any place subject to their jurisdiction.  Section 2.  Congress shall have power to enforce this article by appropriate legislation. Adopted Dec. 18, 1865.

[6] The Declaration of Independence.  ¶ 2.  We hold these truths to be self-evident, that all men are created equal, that they are endowed with their creator with certain unalienable rights, that among these are Life, Liberty and the pursuit of Happiness.  ¶3. That to secure these rights, Governments are instituted among Men, deriving their just powers from the consent of the governed.

19.     This issue has reached the pinnacle of injury at which Dr. Andrews is no longer willing to suffer in silence, and she brings this suit, ripe for the relief due her, for redress of her grievance.

## BACKDROP COMMON TO ALL ALLEGATIONS

## --THE OATH OF OFFICE—

20.     "Let it simply be asked, where is the security for property, for reputation of life, if the sense of moral and religious obligation desert the oaths which are the instruments of investigation in courts of justice." *George Washington* on the sanctity of oaths.

21.     Today the oath of office is the thread by which the Constitution for the United States of America ("Constitution") hangs.

22.     The U.S. Constitution, Article VI, clause 3, states:  "The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution; but no religious Test shall ever be required as a Qualification to any Office or public Trust under the United States."[7]

23.     The U.S. Senator Defendants have each taken this oath:  " *I do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that `I will well and faithfully discharge the duties of the office on which I am about to enter:  So help me God.*"

24..     The U.S. House Representatives Defendants have each taken this oath as described in 5 U.S.C. §3331 which states "*I, AB, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true*

---

[7] The Oath of Office was so important to the Founders that it was the first piece of business the House of Representatives enacted as the newly formed Congress when it convened on June 1, 1789.  1 Stat 23

*faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter.  So help me God.*"[8]

25.     All the Defendants have made a covenant with the People that they would support and defend the Constitution of the United States of America ratified on September 17, 1787 against all enemies, foreign and domestic.

26.     The Constitution of the United States was established to protect our Creator endowed Rights which are therefore unalienable, Rights which are bestowed on every man or woman in America.

27.     The U.S. Constitution was the 4th and last of the four Organic Documents which constitute the Laws of the Land.  The Declaration of Independence is the first.  In the 2nd and 3rd Clauses of the Declaration of Independence it is written:  "We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with unalienable Rights, that among those are Life, Liberty and the pursuit of Happiness.  That to secure those right, Governments are instituted among Men, deriving their just powers from the consent of the governed."

28.     Our unalienable Rights are given to us from the Laws of Nature and of Nature's God and therefore no Government has the power to make laws that deny or disparage those Rights without being guilty of committing crimes against humanity.

29.     The defendants have caused Dr. Andrews injury by not adhering to their Oaths.

---

[8] These Oaths are not, then, mere pro forma recitations of arcane rhetoric needing verbalization as a condition precedent so the office holders can receive compensation.  The Oath is a binding commitment that vests them with more than mere color of law to act.

30.    Amendment 9[9] of the U.S. Constitution clarifies the fact that no government has the right to misconstrue our Creator endowed Rights which state, "The enumeration in the Constitution of certain rights, shall not be construed to deny or disparage others retained by the people."

31.    Laws that violate our Creator endowed rights are null and void. "Citing Madison and other founders who used the words "rights," "liberties," "privileges," and "immunities" interchangeably, CURTIS, *supra* at 64-65, Curtis found similar usage in William Blackstone's influential 1765 *Commentaries on the Laws of England,* which described "privileges and immunities" as a blend of rights and liberties — although Curtis notes that Blackstone "divided the rights and liberties of Englishmen into those `immunities' that were the residuum of natural liberties and those `privileges' that society had provided in lieu of natural rights." CURTIS, *supra* at 64. Boiled down, privileges are state-given civil rights while immunities are God-given natural rights.[10]

32.    Powers put into place that fail to protect our Creator endowed rights entitle mankind to "…dissolve the political bands which have connected them with another, and to assume among the powers of the earth, the separate and equal station to which the Laws of Nature and of Nature's God entitle them, a decent respect to the opinions of mankind requires that they should declare the causes which impel them to the separation."[11]

33.    The exclusive powers extended to the legislative branch of Congress for the making of laws are subject to Amendment IX of the U.S. Constitution, and as such, "This Constitution, and the Laws of the United States which shall be made Pursuance thereof; ….shall be the supreme Law of the Land,…"[12]

---

[9] (Known as the interpretation clause)
[10] Footnote 45 – *Patel v. Dept. of Licensing and Regulation*, 469 S.W.3d 69 (Tex. 2015)
[11] 1st Clause of the Declaration of Independence, July 4, 1776.
[12] See Article VI, Sec, 2, U.S. Constitution.

34.    The Defendants, pursuant to their oath of office, are sworn defenders of the U.S. Constitution.

35.    The Defendants are sworn defenders of the U.S. Constitution bound by oath to defend the Creator endowed rights of "We the People" against foreign and domestic enemies of the U.S. Constitution.

36.    The closing remarks of G. Washington as Presidt. And deputy from Virginia[13] at the ratification of the U.S. Constitution were written with honor, respect and recognition of divine inspiration:   "Done in Convention, by the Unanimous Consent of the States present, the Seventeenth Day of September, in the Year of our Lord one thousand seven hundred and Eighty-seven, and of the Independence of the United States of America the Twelfth.   IN WITNESS whereof, We have hereunto subscribed our Names".

37.    The Declaration of Independence is the instrument written by our Founding Fathers with divine inspiration to protect our Creator endowed unalienable Rights.

38.    The Declaration of Independence tells us that we have "unalienable Rights and to secure these rights, Governments are instituted among Men, deriving their just powers from the consent of the governed,  That whenever any Form of Government becomes destructive of these ends it is the Right of the People to alter or abolish it, and to institute new Government."

39.    Those powers of the People are retained and preserved in the Ninth and Tenth Amendments, and Dr. Andrews is one of the governed.

40.    The plenary power of Amendment IX of the U.S. Constitution nullifies any kind of legal protection that an enemy against the U.S. Constitution claims to have.

---

[13] This reflects the actual spelling on the original Constitution.

41.     When Congress passed the Banking Act of 1933 aka Glass Steagall Act on June 16, 1933, thus amending the Federal Reserve Act of 1913, which created the corporate Federal reserve bank[14], a central bank, and the Federal Reserve System, (the Fed), , it abdicated its duties under Art. 1, Sec. 8, Cl. 5, the Powers of Congress – to coin Money, regulate the Value thereof, and of foreign Coin, and fix the Standard of Weights and Measures.

42.     Previously, a rump Congress[15] had passed the Legal Tender Act on February 25, 1862, under the authority of War Powers[16], to allow greenbacks[17] to be used to pay for the necessities of waging war.

43.     The U.S. Supreme Court in one of the legal tender cases, *Julliard v. Greenman*, opined "Congress has the constitutional power to make the treasury notes of the United States a legal tender in payment of private debts, in time of peace as well as in time of war.  Under the act of May 31st, 1878 ch. 146, which enacted that the United States legal tender notes may be redeemed or received into the Treasury, and shall belong to the United States, they shall be reissued and paid out again, and kept in circulation, notes so reissued are a legal tender."

44.     However, when Congress passed the Emergency Banking Act[18] on March 9, 1933, it relied on the amended authority of subdivision (b) of section 5 of the Trading with the Enemy act of

---

[14] The non capitalization of reserve and bank is deliberate.  This is how the Federal reserve bank is consistently spelled in the Glass Steagall Act.
[15] Before the War between the States, the Union consisted of 35 States.  After 1861, 13 of those States seceded from the union, and when Congress met in 1862, there were only 22 States represented, thus the term "rump Congress."
[16] War Powers – the rationalization and justification for a government to act out of necessity in times of emergency.
[17] Greenbacks, paper bills printed by the government with no backing of any kind, used to finance the Civil War. Greenbacks bore the legend, "The United States will pay the bearer One Dollar (denomination of bill), at the Treasury in New York.  Washington, August 1st, 1862" or the date it was printed.  On the back of the bill was written "This note is legal tender for all debts, public and private, except duties on imports and interest on the public debt, and is receivable in payment of all loans made to the United States."
[18] 48 Stat 27 – the first memorable

October 6, 1917[19] followed by the Glass Steagall Act in June of 1933. The Trading with the Enemy act gave the President the power to oversee or restrict any and all trade between the United States and its enemies in time of war, the Emergency Banking Act extended presidential authority to times of peace.

45.    The Constitution clearly designates a government consisting of three branches which depends on separation of powers and makes it the duty of the each of the Powers, legislative, executive and judicial to maintain a system of checks and balances, with none of the branches having more power than the others.

46.    When Congress passed acts which made the power of the President more powerful than the legislative or judicial branches, the members of Congress violated their oaths of office and failed to secure the Rights of the People in so doing.

---

[19] Trading with the Enemy Act, Sec. 5. (b) "That the President may investigate, regulate, or prohibit, under such rules and regulations as he may prescribe, by means of licenses or otherwise, any transactions in foreign exchange, export or ear-markings of gold or silver coin or bullion or currency, transfers of credit in any form other than credits relating solely to transactions to be executed wholly within the United States and any foreign country, whether enemy, ally of enemy or otherwise, or between residents of one or more foreign countries, by any person within the United States; and he may require any such person engaged in any such transaction to furnish, under oath, complete information relative thereto, including the production of any books of account, contracts, letters or other papers, in connection therewith in the custody or control of such person, either before or after such transaction is completed.", **was amended to read**: "(b) During time of war or during any other period of national emergency declared by the President, the President may, through any agency that he may designate, or otherwise, investigate, regulate, or prohibit, under such rules and regulations as he may prescribe, by means of licenses or otherwise, any transactions in foreign exchange, transfers of credit between or payments by banking institutions as defined by the President, and export, hoarding, melting, or earmarking of gold or silver coin or bullion or currency, by any person within the United States or any place subject to the jurisdiction thereof; and the President may require any person engaged in any transaction referred to in this subdivision to furnish under oath, complete information relative thereof, including the production of any books of account, contracts, letters or other papers, in connection therewith in the custody or control of such person, either before or after such transaction is completed. Whoever willfully violates any of the provisions of this subdivision or of any license, order, rule or regulation issued thereunder, shall, upon conviction, be fined not more than $10,000, or, if a natural person, may be imprisoned for not more than ten years, or both; and any officer, director, or agent of any corporation who knowingly participates in such violation may be punished by a like fine, imprisonment, or both. As used in this subdivision the term 'person' means an individual, partnership, association, or corporation."

47.     These acts that the Congress enacted were acts of treason and a violation of their oaths which bound them to protect the Rights of the People.

48.     The end result of the Legal Tender Act, the Emergency Banking Act of 1933 and the Glass Steagall Act was to deny the People of the United States of America a stable or even accountable currency issued by the Government.  Since these are all acts of Congress and violations of their Oaths of Office, Congress has betrayed the People by enacting unconstitutional acts.

49.     These are all acts of fraud, and fraud vitiates everything.

## FACTS COMMON TO ALL THE ALLEGATIONS

**Intentional refusal to ensure an honest and constitutional money**

50.     There are five Constitutional monetary rules:  1) the basic unit is the dollar, a silver coin containing 371.25 grains of pure silver 2) Only gold or silver coins and currency (specie-back banknotes) can be legal tender. 3) No state may issue coins or currency. 4) No one may counterfeit U.S. Government-issued coins or currency.  5) Fiat money notes ("bills of credit") are forbidden.[20]

51.     In 1964, the United States currency moved completely away from any guarantee of redemption for silver.  Until that time the paper currency read: "Silver Certificate'' "This certifies that there is on deposit of the Treasury of the United States of America (the designation, e,g, One Dollar) in Silver payable to the Bearer on Demand."

52.     This currency carried the Seal of the Treasury with the words THESAUR * AMER* SEPTEN* SIGIL insignia on its face, and the Great Seal of the United States with the words: Annuit Coptis, Novus Ordo Seclorum on one side and the words:  E PLURIBUS UNUM on the other or the reverse side.

---

[20] The Coinage Act of April 2, 1792, (1 Stat. 246).

53.    The current notes carry the seal of UNITED STATES FEDERAL RESERVE SYSTEM and DEPARTMENT OF THE TREASURY1789 on the face along with the denomination and the words " FEDERAL RESERVE NOTE" and THE UNITED STATES OF AMERICA. This note is legal tender for all debts, public and private." It makes no claim to be backed by anything but the full faith and credit of the United States.

54.    The Constitution permits representative money to serve as legal tender, but only so long as it represents commodity money, i.e. money backed by some commodity with intrinsic value.

55.    The Government prints currency as needed, especially in times of war, and under the authority of War Powers, which is not backed by any commodity.

56.    In the Constitution, Art.1 Sec. 8, cl. 1[21], Art. 1 Sec. 8, cl. 2,[22], Art. 1 Sec. 8, cl. 5.[23] Art. 1 Sec, 8, cl. 14[24], Art. 1 Sec. 8, cl. 17[25], Art. 1, Sec.8, cl. 18, [26] are the enumerated Constitutional powers concerning this issue which were conferred on Congress.

57.    Nothing in the Constitution empowers the Congress with the authority to charter corporations, especially private, closely held corporations[27]. If it did, that power would be

---

[21] Art. 1 Sec. 8, cl 1: "The Congress shall have power to lay and collect Taxes, duties, Imposts and Excises to pay the Debts and provide for the general Welfare of the United States; but all Duties Imposts and Excises shall be uniform throughout the United States."

[22] Art. 1 Sec 8, cl. 2, "To borrow Money on the credit of the United States";

[23] Art. 1 Sec. 8, cl. 5, "To coin Money, regulate the Value thereof, and of foreign Coin, and fix the Standard of weights and `Measures";

[24] Art 1, Sec. 8, cl. 14, "To make rules for the Government and Regulation of the land and naval Forces";

[25] Art. 1 Sec. 8, cl. 17, "To exercise exclusive Legislation in all Cases whatsoever, over such district (not exceeding ten Miles square) as may, by Cession of particular States, and the Acceptance of Congress, become the Seat of the Government of the United States, and to exercise like Authority over all Places purchased by the Consent of the Legislature of the state in which the Same shall be, for the erection of Forts, Magazines, Arsenals, dock-Yard, and other needful Buildings."

[26] Art. 1 Sec. 8, cl. 18, "To make all Laws which shall be necessary and proper for carrying into Execution the foregoing Powers, and all other Powers vested by this Constitution in the government of the United States, or in any Department or Office thereof."

[27] Federal Reserve Act Sec. 16. Federal reserve notes to be issued at the discretion of the Federal Reserve Board for the purpose of making advances to Federal reserve banks through the Federal reserve agents as hereinafter set forth and for no other purpose, are hereby authorized. The said notes shall be obligations of the United States and shall be receivable by all national and member banks and federal reserve banks and

confined to Art. 1 Sec. 8, cl 17, and would apply only within the less than ten Mile square area called Washington DC.

58.    The Federal Reserve Act of December 23, 1913, created Federal reserve banks, Federal reserve districts and a Federal Reserve Board[28]. This act had a twenty-year life span.

59.    However, on June 16, 1933, Congress amended the Federal Reserve Act by passing the Banking Act of 1933, otherwise known as the Glass Steagall Act, in which it created the Federal Deposit Insurance Corporation[29].

60.    The major differences between the Federal Reserve Act and the National Banking Act were ithe differences of distribution of profits from the new central banking system. In the former, Sec, 7:  Six% of the net earnings were to be paid as an annual dividend to the stockholders in the member banks and the remainder was to be paid to the United States as a franchise tax.[30]   The

---

for all taxes, customs, and other public dues.  They shall be redeemed in gold on demand at the treasury Department of the `united States, in the city of Washington, District of Columbia, or in gold or lawful money at any Federal reserve Bank.

[28] Sec. 4. When the organization committee shall have established Federal reserve districts as provided in section two of this Act, a certificate shall be filed with the Comptroller of the Currency showing the geographical limits of such districts and the Federal reserve city designated in each of such districts.  The Comptroller of the Currency shall thereupon cause to be forwarded to each national bank located in each district, and to such other banks declared to be eligible by the organization committee which may apply therefor, and application blank in form to be approved by the organization committee, which blank shall contain a resolution to be adopted by the board of directors of each bank executing such application, authorizing a subscription to the capital stock of the Federal reserve bank organizing in that district in accordance with the provision of this Act.

[29] The National Banking act, (Glass Steagall, Sec. 12B (a) there is hereby created a Federal Deposit Insurance Corporation (hereinafter referred to as the "Corporation'_, whose duty it shall be to purchase, hold, and liquidate, as hereinafter provide, the assets of national banks which have been closed by action of the Comptroller of the Currency, or by vote of their directors, and the assets of State member banks which have been closed by action of the appropriate State authorities, or by vote of their directors; and to insure, as hereinafter provided, the deposits of all bank which are entitled to the benefits of insurance under this section."~

[30] Sec. 7. After all necessary expenses of a Federal reserve bank have been paid or provided for, the stockholders shall be entitled to receive an annual dividend of six per centum on the paid-in capital stock, which dividend shall be cumulative.  After the aforesaid dividend claims have been fully met, all the net earnings shall be paid to the United States as a franchise tax, except that one-half of such net earnings shall be paid into a surplus fund until it shall amount to forty per centum of the paid=in capital stock of such bank.

   The net earnings derived by the United States from Federal reserve banks shall, in the discretion of the Secretary, be used to supplement the gold reserve held against outstanding United States notes, or shall be

National Banking Act amended this in Sec. 4,[31] and disenfranchised payment to the United States and kept all the profits from the central banking scheme in the coffers of the Federal reserve bank.

61.    There were no more payments to the Treasury of the United States, and all mention of gold was deleted and redemption of the notes was not mentioned.

62.    It was at this point that Congress gave the currency of the United States to the Federal reserve bank, a corporation they had created. In 1963, Federal Reserve Notes began to be issued and in 1964 the U.S. silver certificate was phased out and currently can be redeemed for its face value in cash only, i.e. Federal Reserve Notes, and not silver.

63. Congress does not gain the power to create private corporations from the "necessary and proper" clause at Art. 1 Sec. 8 cl. 18. James Madison in the Federalist Paper No. 41 writes: "That we may form a correct judgment on this subject, it will be proper to review the several powers conferred on the government of the Union; and that this may be the more conveniently done they may be reduced into different classes as they relate to the following different objects: 1. **Security against foreign danger**; 2. **Regulation of the intercourse with foreign nations**; 3. **Maintenance of harmony and proper intercourse among the States**; 4. **Certain miscellaneous objects of general utility**; 5. **Restraint of the States from certain injurious acts**; 6. **Provisions for giving due efficacy to all these powers.**"[32]

---

applied to the reduction of the outstanding bonded indebtedness of the United States under regulations to be prescribed by the Secretary of the Treasury.

[31] Glass Steagall Act Sec. 4: "The first paragraph of section 7 of the Federal Reserve Act, as amended (U.S.C. title 12, sec. 289) is amended, effective July 1, 1932, to read as follows: "After all necessary expenses of a Federal reserve bank shall have been paid or provided for, the stockholders shall be entitled to receive an annual dividend of 6 per centum on the paid-in capital stock, which dividend shall be cumulative. After the aforesaid dividend claims have been fully met, the net earnings shall be paid into the surplus fund of the Federal reserve bank.

[32] Federal Paper #41 on the dangers of for a standing army in answer to Items 1 and 2: "The Union itself, which it cements and secures, destroys every pretext for a military establishment which could be dangerous. America united, with a handful of troops, or without a single soldier, exhibits a more forbidding posture to foreign ambition than America disunited, with a hundred thousand veterans ready for combat.",
And

64.    There are a number of Federalist papers which deal with the 1st and 2nd issue, whether to have and fund a standing army.  As we can see, the ratified Constitution for the United States at Art. 1 Sec. 8, cl.12 dealt with that issue.  "To raise and support Armies, but no Appropriation of Money to that Use shall be for a longer Term than two Years."

65.    Since 1917, the U.S. has been at war and has permanently funded a standing army for what author Phillip Babbitt calls, "The Long War".   Congress has, for years, assumed any power it cares to, and, as a practice and policy, committed acts which are unconstitutional.

66.    The Emergency Banking Act of 1933 and the amended Federal Reserve Act, retitled the Glass Steagall Act, are among those acts.  Another Act which granted power to agencies was the Administrative Procedures Act, 60 Stat 237, Public Law 404, June 11, 1948.  "An Act to improve the administration of justice by prescribing fair administrative procedure".

67.    Since Art. VI, Sec. 2, mandates that "This Constitution, and the Laws of the United States which shall be made in Pursuance thereof, and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land," what Constitutional power did Congress employ to pass these "Laws``"?  The answer is NONE.

68.    Dr. Andrews mentions these issues only because it points to the fact that Congress, although limited in their law-making powers by Constitutional restraints or limited powers, has thrown the Constitutional limitations away and is in an unconstitutional free for all.  This is a violation of their Oaths, and a detriment to the People.

69.    Dr. Andrews is one of those People.

---

If America maintains a standing army in time of peace: "The example will be followed here from the same motives which produced universal imitation there. Instead of deriving from our situation the precious advantage which Great Britain has derived from hers, the face of America will be but a copy of that of the continent of Europe. It will present liberty everywhere crushed between standing armies and perpetual taxes."

70.    Congress is the one who coins and prints the money to circulate in the economy, which is used, not only to pay the expenses and debts of the United States, but to be used in the same manner by the People.

71.    We, the People, trust the Congress to make laws pursuant to the Constitution and bound by their Constitutional limitations and their oaths.

72.    Congress has broken the bonds of their Oaths and foisted a worthless, debt currency upon us that belongs to a private corporation Congress created, and whose profits are held in reserve by the Federal reserve bank Congress created.

73.    Congress prints and showers this worthless scrip on all and sundry, person or nation, willy nilly, with no concern for the end result, inflation, massive debt, and the burdens those place on the People.

74.    They do not have the right to do so.

75.    Dr. Andrews can never truly own property because she can only pay for that property with a debt instrument.  Debt, no matter how much Dr. Andrews distributes it, only accumulates more debt. [33]

**No responsible fiscal policy or attempt to balance the budget**

76.    In its latest Omnibus Bill, having knowledge that our national debt is $31.32 trillion dollars and the annual interest on the debt is $103 billion to maintain that debt,  Congress shows no remorse for the debt already accumulated, and proposes to spend Americans' money for such things as, $1,323,000 for workforce development activities for a climate change education center in the Los Angeles College District,  $3,000,000 for "clean energy workforce development " at the

---

[33] ``The abandonment of the gold standard made it possible for the welfare statists (government bureaucrats) to use the banking system as an unlimited expansion of credit.  In the absence of the gold standard, there is no way to protect savings from confiscation through inflation…. Deficit spending is simply a scheme for the "hidden" confiscation of wealth. Gold stands in the way of this insidious process.'' Alan Greenspan

New York State Energy Research and Development Authority, $200,000 for the Rhode Island AFL-CIO's climate jobs workforce training initiative"$875,000 for "green energy on demand" at Clarkson University, $2,000,000 for a "community-driven air quality and environmental justice assessment" at the University of Illinois, $2,000,000 for a "climate change impact on water" initiative at Texas State University, these are but a few of the ear marked give aways. The current population of the United States is 332,402, 650. Congress has already put a debt of $94,229 on each man, woman and child in this country. The latest giveaway, the worst omnibus ever, has added an addition $5,114 per American.

77.    This behavior is neither Constitutional nor representative and constitutes acts of treason to the Constitution and the American People. Congress has ignored their Oaths to the People and to the Constitution and has made us a nation of hapless debtors.

78.    For the reasons stated above, the intentional disregard to protect and defend the Constitution for the United States of America is a levy of war and an attack against Dr. Andrews' constitutionally protected Right to Life, Liberty and the Pursuit of Happiness.

## FIRST CAUSE OF ACTION
### (Promissory Estoppel Count I – as to all the Defendants)

79.    Plaintiff hereby incorporates all preceding and foregoing paragraphs including all Exhibits to this complaint as though set forth fully herein.

80.    Promissory Estoppel Count I – Failure to secure Dr. Andrews' Creator endowed Rights by failing to utilize legal tender backed by a commodity.

81.    Each of the Defendants have taken the required Oath of Office respective to their offices as either a U.S. Senator or U.S. House member of the United States of America. This oath is also a contractual promise made to Dr. Andrews.

82.     Each of these Defendants made a promise under the said oaths, which constitutes an oath to Dr. Andrews, and to "We the People", that they would ensure to coin Money, regulate the value thereof, and fix the Standard of Weights and Measures,[34] and to abide by Constitutional mandates such as Art.1 Sec. 7 Cl. 1.[35]

83.     The current bill to raise $1.7 trillion in revenue originated in the Senate, which passed it with a vote of 68-29, and was then sent to the House of Representatives who passed the omnibus spending bill by 225-201.

84.     This is the exact opposite of what the Constitution requires, making this gargantuan bill(s) unconstitutional.  By passing an omnibus bill in this manner,  the Defendants violated their oaths to uphold and defend the Constitution, which is an act of treason and an act of levying war against the U.S. Constitution which violated Dr. Andrews' Rights to Life, Liberty and the Pursuit of Happiness.

85.     Dr. Andrews relied upon the Defendants to faithfully follow the dictates of the Constitution and provide her and the People a constitutional form of currency, which they have not done.  As a result, they have further indentured Dr. Andrews to servitude, as she has no access to lawful money to pay her debts or acquire property.

86.     When Dr. Andrews uses the Federal Reserve Note as payment for property or indebtedness, she can never own the property and her debts are never dismissed, merely discharged.

87.     The oath of office requires that Defendants must fight against all enemies of the U.S. Constitution for Dr. Andrews, and "We the People", and not become the enemies themselves.  The

---

[34] Art. 1 Sec. 8 cl. 6; To coin `money, regulate the Value thereof, and of foreign Coin, and fix the Standard of Weights and Measures.
[35] Art. 1 Sec. 7 cl. 1: All Bills for raising Revenue shall originate in the House of Representatives.

9th Amendment does not allow for the rights, such as lawful money and the right to own property, to be denied or disparaged to the people.

88.    For the reasons stated herein, the intentional withholding of commodity backed currency to the People is an attack against Dr. Andrews right to life, liberty and the pursuit of happiness.

88.    By creating and maintaining the private Federal reserve bank and then transferring to it all profits generated by the system it created, Congress has violated Dr. Andrews' Rights which their Oaths bound them to protect.

89.    By continuing to keep fiat currency afloat and ignoring the buildup of reserves given to a private corporation, defendants have aided and abetted this fraud, continuing to violate Dr. Andrews' right to life, liberty and happiness.

90.    The Defendants all failed to protect the U.S. Constitution by properly coining money and instead engaged in a gluttonous system of spending debt instruments, not only for expenditures that were neither necessary nor needed, but for political reasons to ear mark funds for special private projects.

91.    The Constitution does not authorize Congress to spend government, (the People's), money for special or private projects.  By doing so, without any heed to maintaining a budget, Congress has violated their oaths and unbound themselves from the mandates of the Constitution, thus committing treason to the Constitution.

92.    The Congress has failed to do its **only** job, i.e. to secure the Rights of the People.[36] Congress was never given the power to accumulate the massive debt it has accumulated to yoke the People to a plow of involuntary perpetual servitude.

---

[36] Declaration of Independence, ¶ 2: We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness.  ¶ 3:  That to secure these rights, Governments are instituted among Men, deriving their just powers from the consent of the governed.

## SECOND CAUSE OF ACTION
### (Promissory Estoppel Count II – as to all Defendants)

93.     Plaintiff hereby incorporates all preceding and foregoing paragraphs including all Exhibits attached to this Complaint as though set forth fully herein.

94.     Promissory Estoppel Count II – Failure to secure Dr. Andrews Rights, and instead, force a state of occupation and involuntary servitude upon her, thus depriving her of her unalienable Rights.

95.     The Constitution was written to limit the powers of government, as found in the Declaration of Independence.

96.     Congress has completely gutted any intrinsic value in the money of the American People[37] and amassed such an overwhelming debt for frivolous purposes, that each man, woman and child will be burdened, not only for themselves but for their progeny, to the point that this government is doomed to collapse under the strain of the massive debt.

97.     For every dollar of debt money the government frivolously spends, it violates Dr. Andrews' rights[38] and erodes her security.

98.     That is neither the duty nor the obligation of a government instituted among men.    A constitutional government must secure the Rights of the People, first and foremost.

---

[37] Art. 1 Sec.8 cl. 1:  The Congress shall have Power to lay and collect Taxes, Duties, Imposts and Excises, to pay the Debts and provide for the common Defence and general Welfare of the United States; but all Duties Imposts and Excises shall be uniform throughout the United States.

[38] Declaration of Independence  ¶ 4: That whenever any Form of Government becomes destructive of these ends, it is the Right of the People to alter or to abolish it, and to institute new Government, laying its foundation on such principles and organizing its power in such form , as to them shall seem most likely to effect their Safety and Happiness. Prudence, indeed, will dictate that governments long established should not be changed for light and transient causes; and accordingly all experience hath shown, that mankind are more disposed to suffer, while evils are sufferable. Than to right themselves by abolishing the forms to which they are accustomed. But when a long train of abuses and usurpations, pursuing invariably the same Object evinces a design to reduce them under absolute Despotism, it is their right, it is their duty, to throw off such Government, and to provide new Guards for their future security.

99. This Government long ago ceased to be representative of the People and conversely became tyrannical. It did so by operating under War Powers.

100. We, as a nation, have been perpetually at war since 1862, which reduces us to a state of occupation by a totalitarian master. Every encroachment on the Rights of the People has been rationalized by the use of war powers.

101. Dr. Andrews has been robbed of her Right to Peace and Prosperity by an unconstitutional doctrine employed by the Congress of the United States of America and foisted on the People.

102. It is time for it to end.

### THIRD CAUSE OF ACTION

### (Civil Conspiracy – as to all the Defendants)

103. Plaintiff hereby incorporates all preceding and foregoing paragraphs including all Exhibits attached to this Complaint as though set forth fully herein.

104. Each of the causes of actions stated herein tie into this cause of action.

105. Defendants all worked in concert committing civil conspiracy during the deprivation of Rights complained of in this petition.

106. Defendants, during their time occupying Congressional offices, have or should have knowledge of the Constitution for the United States of America and the powers allotted to them in those offices, in order to properly represent the American People.

107. In this instance, ignorance is no excuse. Each and every representative should have read the manual for standard operating procedures, i.e. the Constitution[39], before they engaged in duties of the office which would affect the Citizens of the United States of America.

---

[39] If there was any confusion as to what the Constitution meant on any issue, the Congressmen need only refer to the Federalist Papers to understand why the Founders included passages in the Constitution and the reasons for writing them. This would remove all doubt or ignorance on any question about a Constitutional entry.

108.   The Constitution clearly states that "No State shall make any Thing but gold and silver Coin a Tender in Payment of Debts..."[40]   If this is the case, the Congress is tasked with the duty and obligation to furnish the States with currency backed by gold or silver.

109.   If Congress thought gold or silver was too scarce and there was a better commodity to back the dollar, they could have proposed an Amendment to change the designation.  What Congress could never do is consider the American People to be a commodity, and that, basically is what they are doing.

109.   The Constitution clearly states that "All bills for raising Revenue shall originate in the House of Representative; but the Senate may propose or concur with Amendments as on other Bills."[41]

110.   The Constitution gives instructions on how to pass one Bill at a time,[42] yet the Congressional practice is to pass Omnibus bills with thousands of separate issues to be funded.  The members of Congress are not allowed time to study what they are passing, have no chance to discern what it is they are funding or what agendas they are creating,  do not read the Bill on the floor three times before passing it, yet, continually pass Omnibus bills  to the detriment of the country, to the People and to Dr. Andrews.  All of the things mentioned are unconstitutional actions, and a violation of their sworn oaths.

111.   Because not one of these "representatives" takes umbrage enough to even pause these unconstitutional acts, it is obvious that they have all plotted to foist this conspiracy on the American People.

---

[40]   Art. 1 Sec. 10 cl.1.
[41]   Art. 1 Sec. 7 cl. 1.
[42]   Art. 1 Sec. 7 cl. 2

**FOURTH CAUSE OF ACTION**

**(Conspiracy to force martial laws and a state of occupation on Plaintiff)**

112.   The United States Congress has imposed a state of martial law on unsuspecting Citizens since 1863 when Lincoln's General Order 100 became the sham 'law of the land'.

113.   It followed up on Lincoln's Order with the passage of the Reconstruction Acts between 1867 and 1868.   These Acts have never been repealed and their eerie specter haunts us to this day.

114.   Congress, when it made such acts, ignored the fact that it is to exercise exclusive Legislation in all Cases whatsoever, over such District (not exceeding ten Miles square), and territories and possessions of the United States and cannot dictate law outside that area,[43] except as specifically provided in art. 1 sec. 8.

115.   As a result, the American People, who have intentionally and systematically been propagandized, (dumbed down, if you will), believe Congress makes laws that apply to the several States.  This is not the case.

116.   When the War Powers were first implemented, William Whiting, the Solicitor General of the United States at the time, wrote a book which explains how these War Powers supersede all other laws, *"War Powers under the Constitution of the United States."*  Obviously, he was being factious when he wrote <u>under</u> because the whole book is about rationalizing the placement of war power OVER the Law of the Land.

117.   During the War between the States, General Sherman was sent to Georgia to burn the Citizens off their land so it could be considered abandoned.  As soon as the land was "abandoned", the United States occupied Georgia.  Also, after the cessation of war, the Reconstruction Acts

---

[43]    Art. 1 Sec. 8 cl. 17.

allowed the United States to occupy all the formally hostile States and eventually their occupancy spread to the entire continental United States.

118    These were acts employed during war. A war which was forced upon the People, and has been maintained ever since. A lawful and legal Government must follow the rules of its charter, i.e. The Declaration of Independence and The Constitution for the United States of America, and has no authority to put its own Citizens in bondage. Yet, here we are.

119.    The American People have no cognizant knowledge that they live in an occupied land.

120.    Each and every action taken under War Powers is unconstitutional and is devastating and a detriment to the People, yet, since 1868, each and every Congress, allegedly the "representatives of the People" has engaged in the fraud thrown over this land by War Powers.

121.    The War Powers don't extend to Dr. Andrews, but the government has treated her as though they did. She has unalienable Rights which cannot be taken by force and against her will. Dr. Andrews is further protected by the Ninth Amendment to the Constitution[44], which was adopted January 8, 1798.

122.    The face of the mask Congress turns to the People appears to be one of a peaceful Republican form of Government. yet, it has constantly and continually since 1868 obtained its power and authority, not from the Constitution, but from War Powers. Congress has advanced its course, not by representing the People, but by instituting a despotic tyranny, by force, over an unsuspecting public. The real face behind the peace mask is that of a War Monger. This Congress must have a declared war at all times in order to thrive and survive.

---

[44]    "The enumeration in the Constitution of certain rights, shall not be construed to deny or disparage other retained by the people."

123.   The Founding Fathers anticipated such a possibility.[45] They dealt with this possible scenario in the fourth paragraph of The Declaration of Independence.

124.   The implementation and use of military scrip and War Powers has done egregious harm to Dr. Andrews.  She has watched with incredulity as the Law of the Land as she knew it has been reduced to chaos, decline and decay.

125.   Although Dr. Andrews lives in Texas, for all intents and purposes, she lives in an occupied territory, cannot own property because there is no genuine money of worth with which to purchase it, is relegated to the position of indentured servitude because of the public debt thrust upon her, and most importantly, because of the constant war and never living in peace, she is separated from her promise of Life, Liberty and Happiness, by a despotic warring pseudo "government' composed of men and women who call themselves the Congress of the United States.

**Relief Under the First, Second and Third Causes of Action:**

126.   Defendants are to be removed from office with an order that they never be allowed to serve in any government office found anywhere in the United States of America nor serve in the legal profession for the rest of their lives.

127.   Defendants shall be forbidden to collect any further payments, or retirements, or income derived from the United States Government for their 'government' services.

128.   Judgment against Defendants shall incorporate the fact that each of the Defendants failed to secure the Rights of Dr. Andrews by causing military scrip to issue in lieu of lawful money.

---

[45]   The Declaration of Independence 4 ¶  "That whenever any Form of Government becomes destructive of these ends, it is the Right of the People to alter or to abolish it, and to institute new Government, laying its foundation on such principles and organizing its power s in such form, as to them shall seem most likely to effect their safety and `happiness. Prudence, indeed, will dictate that Governments long established should not be changed for light and transient causes; and accordingly, all experience hath shown that mankind are more disposed to suffer, while evils are sufferable, than to right themselves by abolishing the forms to which they are accustomed.  But when a long train of abuses and usurpations, pursuing invariably the same Object evinces a design to reduce them under absolute Despotism, it is their right, it is their duty, to throw off such Government, and to provide new Guards for their future security. "

129. Judgment against the Defendants shall reflect the fact that they violated their Oaths, thus committing treason to the People and the Constitution, and engaged in a pogrom of War at all costs to condemn the American People to a system of servitude.

130. Each and every Defendant will compensate Dr. Andrews in an amount to be determined by a jury. Any monetary judgment must be paid in gold or silver or a commodity backed legal tender.

**Relief Under the Fourth Cause of Action;**

131. The War Powers are to be abolished.

132. The Reconstruction Acts are to be repealed.

133. There must be an end to the constantly declared wars.

134. There must be a treaty of peace between the North and the South to finally end the War between the States.[46]

Plaintiff, who is currently eighty-three years old, prays for Peace in her lifetime.

Respectfully,

Dessie Maria Andrews
6715 Skynook Drive
Austin, Texas 78745
dessie.andrews@gmail.com
(512) 416-7139

---

[46] When Robert E. Lee and Ulysses S. Grant met at Appomattox on April 9, 1865, they had a problem. Both men had had enough of slaughter, both sides were dead broke, and they agreed to end the hostilities. They could not make a treaty of peace, however, as the South, when it circulated its graybacks (just the same as the North's greenbacks), the South had issued the graybacks with the words: "Six months (or sometimes two months) after the Ratification of a Treaty of Peace between Confederate States and the United States The Confederate States of America will pay to the bearer on demand Fifty Dollars (or whatever the amount on the grayback). Richmond, Sept., 2nd 1861, (or whenever the grayback was printed), Receivable in Payment of All Dues Except Export."

Lee and Grant foresaw the chaos that would be created when the buyers of the bills tried to redeem them two or six months after the Treaty of Peace was signed, and they could not countenance any more controversy. Therefore, there was never a peace treaty to end the War between the States, and we, today, are pawns on the chessboard of continual and perpetual war.

## VERIFICATION

**STATE OF TEXAS**       }
                              )SS

**TRAVIS COUNTY**       }

On this day, Dessie Maria Andrews appeared before me, the undersigned Notary Public. After I administered an oath to her, upon her oath, she said that she read the Redress of Grievance in the Form of a Complaint and that the facts stated in it are within her personal knowledge and are true and correct.

_____
Dessie Maria Andrews

SWORN AND SUBSCRIBE before me by Dessie Maria Andrews on the 17th day of January, 2023.

LICELDA BRIONES
MY COMMISSION EXPIRES
SEPTEMBER 29, 2024
NOTARY ID: 132700674

_____
Notary Public in and for the State of Texas