IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DESSIE MARIA ANDREWS,<br><br>Plaintiff,<br><br>v.<br><br>ALMA S. ADAMS, et al.,<br><br>Defendants. | § § § § § § § § § § § § § | 1:23-CV-95-DII |

# FINAL JUDGMENT

On this date, the Court adopted United States Magistrate Judge Dustin M. Howell's report and recommendation concerning Defendants' Motion to Dismiss, (Dkt. 10) (R&R, Dkt. 16). The Court granted Defendants' Motion and dismissed Plaintiff's claims with prejudice.

As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that each party bears its own costs.

**IT IS FURTHER ORDERED** that the case is **CLOSED**.

**SIGNED** on October 20, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE