

# U.S. District Court

## Texas Western - Austin

Receipt Date: Feb 27, 2024 3:42PM

Dessie Andrews
6715 Skynook Drive
Austin, TX 78747

| Rcpt. No: 1537 | | Trans. Date: Feb 27, 2024 3:42PM | | | Cashier ID: #CR |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 203 | Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #1435 | 02/26/2024 | $605.00 |
| | | | Total Due Prior to Payment: | $605.00 |
| | | | Total Tendered: | $605.00 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

**Comments**: 1:23-cv-00095-RP Andrews v. Adams et al

Clerk, U.S. District Court - Austin Division - 501 West Fifth Street, Suite 1100, Austin, TX 78701 - (512) 916-5896 - www.txwd.uscourts.gov